**Order entered May 19, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00043-CV

### IN THE INTEREST OF R.B., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30016-2019**

### ORDER

Before the Court is appellant Father's May 17, 2021 second past-due motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received May 7, 2021 filed as of the date of this order.

/s/    KEN MOLBERG
          JUSTICE